UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARINO BERMUDEZ,

                              Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of
Social Security,

                              Defendant.
----------------------------------------------------------------X

JUDGMENT
05-CV- 2865 (ENV)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ APR 26 2006 ★

P.M. _____
TIME A.M. _____

        An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on April 21, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

        ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
        April 24, 2006

                                                            ROBERT C. HEINEMANN
                                                            Clerk of Court